## Case No. 10,342.

NORTHWESTERN UNION PACKET CO. v. CLARKSVILLE.

[4 Dill. 18, note.] [1]

Circuit Court, E. D. Missouri. 1876.

#### WHARFAGE DUES.

[This was an action against the city of Clarksville to recover back wharfage dues. See Cases Nos. 10,344 and 10,345.]

Before DILLON, Circuit Judge, and TREAT, District Judge.

---

[1] [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]

TREAT, District Judge. The same ruling must obtain as in the case of The City of Louisiana [Case No. 10 344], it being agreed that the facts are substantially the same. Judgment for defendant.

[See Cases Nos. 10.343 and 10,346.]